UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA LEWIS,<br><br>     Plaintiff,<br><br>  v.<br><br>MERCK & CO., INC., et al.,<br><br>     Defendants. | Case No. 22-cv-05115-JSW<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 46 |

On August 22, 2023, the Court granted Plaintiff's counsel leave to withdraw and Ordered Plaintiff to show cause why this case should not be dismissed without prejudice for failure to prosecute. Plaintiff's response was due by October 6, 2023, and the Court has not received a response.

Accordingly, the Court HEREBY DISMISSES the case without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: October 10, 2023

_____
JEFFREY S. WHITE
United States District Judge